JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHELE ESTRADA, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 8:23-cv-01454-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 18]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The claims for relief of Plaintiff Kimberly Frazier arising under the Unruh Civil Rights Act and Disabled Persons Act are **DISMISED** for lack of jurisdiction. The claims for negligence and violation of the Cal. Health & Safety Code are **DISMISSED**.

3. The DOE Defendants are **DISMISSED**.

4. Judgment is **ENTERED** in **FAVOR** of Plaintiff Kimberly Frazier and **AGAINST** Defendant Michele Estrada, in the amount of $1,712 (which consists of $1,240 in attorney's fees and $472 in costs), with respect to Plaintiff Kimberly Frazier's claim for relief arising under the Americans with Disabilities Act of 1990.

5. Defendant Michele Estrada is **ORDERED**, within 30 days of receiving notice of this Judgment, to provide an accessible parking space at the property located at or about 11213 Atlantic Avenue, Lynwood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 4, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE